IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for Philip Ameris, and Paul V. Scabilloni, trustees ad litem, Laborers' District Council of Western Pennsylvania Welfare and Pension Funds, Western Pennsylvania Heavy & Highway Construction Advancement Fund, and the Laborers' District Council of Western Pennsylvania and its affiliated local unions,<br><br>    Plaintiffs,<br><br>v.<br><br>ADVANCED BUILDERS, INC. & LOUIS D. RUSCITTO,<br><br>    Defendants. | Civil Action No. 2:23-cv-01382-RJC |

## **CONSENT JUDGMENT**

AND NOW, this _____ day of _____, 2023, with the consent of the parties, judgment is hereby entered in favor of Plaintiff, Laborers' Combined Funds of Western Pennsylvania (the "Funds" or "Plaintiff") and against Advanced Builders, Inc. ("Advanced Builders" or "Defendant") in the amount of $180,000.00 (the "Judgment").

Payments are to be made as follows:

| | | |
|---|---|---|
| January 5, 2024 | - | $6,000.00 |
| February 5, 2024 | - | $6,000.00 |
| March 5, 2024 | - | $6,000.00 |
| April 5, 2024 | - | $6,000.00 |
| May 5, 2024 | - | $6,000.00 |
| June 5, 2024 | - | $6,000.00 |
| July 5, 2024 | - | $6,000.00 |
| August 5, 2024 | - | $6,000.00 |
| September 5, 2024 | - | $6,000.00 |
| October 5, 2024 | - | $6,000.00 |
| November 5, 2024 | - | $6,000.00 |

| | | |
|---|---|---|
| December 5, 2024 | - | $6,000.00 |
| January 5, 2025 | - | $6,000.00 |
| February 5, 2025 | - | $6,000.00 |
| March 5, 2025 | - | $6,000.00 |
| April 5, 2025 | - | $6,000.00 |
| May 5, 2025 | - | $6,000.00 |
| June 5, 2025 | - | $6,000.00 |
| July 5, 2025 | - | $6,000.00 |
| August 5, 2025 | - | $6,000.00 |
| September 5, 2025 | - | $6,000.00 |
| October 5, 2025 | - | $6,000.00 |
| November 5, 2025 | - | $6,000.00 |
| December 5, 2025 | - | $6,000.00 |
| January 5, 2026 | - | $6,000.00 |
| February 5, 2026 | - | $6,000.00 |
| March 5, 2026 | - | $6,000.00 |
| April 5, 2026 | - | $6,000.00 |
| May 5, 2026 | - | $6,000.00 |
| June 5, 2026 | - | $6,000.00 |
| Total | - | $180,000.00 |

As long as Advanced Builders makes all payments under this Judgment in full and on time, as well as remains current with its monthly remittance reports and payments by the first (1st) of each month: (i) Plaintiff will waive payment for late charges and attorneys' fees totaling $28,878.11, (ii) Plaintiff will take no action to execute upon this judgment and the judgment shall be satisfied upon the final payment; and (iii) Plaintiff shall settle and discontinue the above-captioned action. Payments shall be sent care of the undersigned counsel for the Plaintiff at his business address.

Advanced Builders shall be in Default of its obligations under this Judgment when Advanced Builders fails to make any of the payments to the Funds, as required hereunder and at the times when due. The Funds will give written Notice of Default ("Notice") to Advanced Builders, either by certified mail, return receipt requested, at 321 Cobble Lane, Belle Vernon, PA 15012, or by personal delivery of notice to Advanced Builders, of the failure to make timely

payment. Advanced Builders will then have ten (10) days within which to correct the default. In the event that Notice is provided to Defendant, and the default is not corrected within ten (10) days from the date of the Notice, then the Funds, at their option, will have the right to immediately enter judgment for the full remaining amount due and revoke the waiver of the foregoing late charges, as well as attorneys' fees, and reinstate same, along with the full balance of the Judgment, which Advanced Builders hereby agrees to also be held liable for under the terms of the Judgment. Advanced Builders further acknowledges that, if the default is not corrected within ten (10) days from the date of the Notice, then it will be liable for all interest that has accrued since November 1, 2022.

Should payment not be made pursuant to this Judgment, Plaintiff reserves the right to pursue the claims set forth in its Complaint against Defendant, including all unpaid principal, attorney fees, late charges and interest. Upon the final payment, Plaintiff shall discontinue the action and mark this Judgment as Satisfied within ten (10) days.

_____
The Honorable Robert J. Colville,
United States District Judge

CONSENTED TO BY:

_____
David L. Scherer, Esquire
Attorney for Plaintiff

_____
Advanced Builders, Inc.
Louis D. Ruscitto, Owner